## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ballester Hermanos, Inc.<br><br>*Plaintiff*,<br><br>v.<br><br>Brugal & Cía. C. por A.; The Edrington Group USA, LLC d/b/a Edrington Americas<br><br>*Defendants*. | Case No. 3:19-cv-02100-BJM<br><br><br><br>Civil Action Under the Puerto Rico Dealer's Act; Tortious Interference; Damages<br><br>Trial by Jury |

### INFORMATIVE MOTION NOTIFYING ISSUANCE OF MANDATE

**TO THE HONORABLE BRUCE J. MCGIVERIN**
**UNITED STATES MAGISTRATE JUDGE**

  **COME NOW** Defendants Brugal & Cía C. por A. ("Brugal") and The Edrington Group USA, LLC d/b/a Edrington Americas ("Edrington") (jointly, "Defendants"), through the undersigned counsel, and very respectfully inform and pray as follows:

  1. On February 25, 2025, Plaintiff Ballester Hermanos, Inc. ("Ballester") filed an *Informative Motion to Reactivate Case*. **Dkt. 300**.

  2. That same day, Defendants filed a *Response to Plaintiff's Informative Motion to Reactivate the Case and Motion for Leave to File a Dispositive Motion* ("*Response*"), asserting that Ballester's motion was premature because the Puerto Rico Supreme Court had not yet issued its mandate. **Dkt. 301**

  3. In the *Response*, Defendants said that they would notify this Honorable Court when the Puerto Rico Supreme Court issues a final ruling and mandate. **Dkt. 301**.

4.	Today, on February 27, 2025, the Puerto Rico Supreme Court issued a mandate to the Puerto Rico Court of Appeals communicating its refusal to grant certiorari in the case <u>Ballester Hermanos, Inc. v. CC1 Beer Distributors, Inc.</u>, CC-2024-0647.

5.	Per their Response, Defendants thus move for a thirty (30) day leave, until March 31, 2025, to file a Dispositive Motion for this Honorable Court's consideration.

**WHEREFORE**, Defendants hereby request that the Court take notice of the Puerto Rico Supreme Court's issuance of the mandate.

**RESPECTFULLY SUBMITTED.**

**IT IS HEREBY CERTIFIED** that an electronic copy of this document has been filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 27th day of February 2025.

[*signature page follows*]

**JUAN R RIVERA FONT LLC**
27 González Giusti, Suite 602
Guaynabo, Puerto Rico 00968
T. 787-250-8040

*s/ Juan R. Rivera Font*
USDC-PR No. 221703
juan@riverafont.com

*s/Melissa Domínguez Rivera*
USDC-PR No. 229212
mdominguez@riverafont.com

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
Popular Center Piso 19
208 Ave. Ponce De León
San Juan, Puerto Rico 00918
Tel. (787) 274-1212
Fax (787) 274-1470

*s/Néstor M. Méndez Gómez*
USDC-PR No. 118409
nmendez@pmalaw.com

*s/Oreste R. Ramos*
USDC-PR No. 216801
oramos@pmalaw.com

*s/Saritza I. Rivera Vega*
USDC-PR No. 309307
srivera@pmalaw.com