UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ballester Hermanos, Inc. | Civil No. 19-02100 (MEL) |
| *Plaintiff* | |
| V. | |
| The Edrington Group USA, LLC d/b/a Edrington Americas | Civil Action Under the Puerto Rico Dealer's Act; Damages |
| *Defendant* | Trial by Jury |

**MOTION FOR LEAVE TO FILE SURREPLY**

**TO THE HONORABLE COURT:**

COMES NOW Ballester Hermanos, Inc. (Ballester) through its undersigned attorneys and respectfully states and prays:

1. Edrington[1]'s "Reply to Ballester Hermanos Inc.'s Opposition to Motion for Reconsideration or, in the Alternative, Certification for Interlocutory Appeal" (Dkt. 363) raises new arguments.

2. For instance, that Edrington timely raised its claim that the Amended Complaint does not relate back because it alleged a statute of limitations defense in its Answer to the Complaint and, that since the state Court judgment became final on February 27, 2025, "[…] Edrington could not have previously briefed in depth not only their statute of limitations defense but also that the claim did not relate back" (Dkt. 363, p.6).

---

[1] The Edrington Group USA, LLC d/b/a Edrington Americas.

3.    Also that Ballester (allegedly) failed to show that the Amended Complaint relates back because it did not address the Puerto Rico Court of Appeals' "[…] finding that Plaintiff knew, for years, of Edrington's role as the principal in the distribution relationship."(Dkt. 363, p. 8).

4.    The arguments, aside from being new, are unsupported and incorrect.

5.    Thus, in accordance with Local Rule 7(d), Ballester moves for leave, and a term of ten days until Monday, May 12, 2025, to file a surreply to defendant' reply at Docket 363.

**WHEREFORE**, Ballester Hermanos, Inc. respectfully moves the Honorable Court for leave to file a surreply to defendant' reply at Docket 363 on or before Monday, May 12, 2025.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, today April 30, 2025.

CERTIFICATE OF FILING

I hereby certify that on this date, I electronically filed the foregoing document with the CM/ECF system which will send notification of such filing to Defendants' counsel.

| USERA LAW OFFICES, PSC | REICHARD & CALAF, PSC |
|---|---|
| PO Box 9022487 | Ochoa Building |
| San Juan, PR 00902-2487 | 500 Calle de la Tanca, Ste. 514 |
| Tel. (787) 725-8080 | San Juan, Puerto Rico 00901-1942 |
| Fax. (787) 725-8860 | PO Box 9022946 |
| | San Juan, PR 00902-2946 |
| *s/ Gregory T. Usera* | Tel. (787) 725-1004 |
| **Gregory T. Usera** | |
| USDC-PR No. 129205 | |
| gregory.usera@ulopr.com | S/FEDERICO CALAF LEGRAND |
| | **Federico Calaf Legrand** |
| | (USDC PR 118907) |
| | E-mail calaf@rcpsc.com |
| *s/Diego Agüeros Jiménez* | |
| **Diego Agüeros Jiménez** | |
| USDC No. 229511 | S/CARLA CALAF GARCÍA |
| diego.agueros@ulopr.com | **Carla Calaf García** |
| | (USDC PR 224810) |
| | e-mail: ccalaf@rcpsc.com |